FILED
2011 Mar-21  PM 03:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| CHENG KE CHEN, | ] | |
| Petitioner, | ] | |
| vs. | ] | 4:11-cv-0099-RRA |
| ERIC HOLDER, et al., | ] | |
| Respondents. | ] | |

## MEMORANDUM OPINION

This is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241.  The magistrate judge entered a report and recommendation recommending that the petitioner's motion for preliminary injunctive relief be denied; that the petitioner's request for costs, attorneys' fees, and expenses under the Equal Access to Justice Act be denied; that the respondents' motion to dismiss be granted; and that the petition be dismissed.  Objections have been filed.

The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  The petitioner's motion for preliminary injunctive relief is due to be denied; the petitioner's request for costs, attorneys' fees, and expenses under the Equal Access to Justice Act is due to be denied; the respondents' motion to dismiss is due to be granted; and the petition is due to be dismissed. An appropriate order will be entered.

**DONE** this 21st day of March, 2011.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE